UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 08-22218-CIV-JORDAN

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| ONE WELLCRAFT SCARAB GO-FAST VESSEL REGISTERED AS FL 3494 NP AND INVENTORY | ) ) ) |
| | ) |
|       Defendant. | ) |

_____

### DISCOVERY PROCEDURE FOR MAGISTRATE JUDGE CHRIS M. MCALILEY

The following discovery procedures apply to all civil cases assigned to United States District Judge Adalberto Jordan. If a discovery dispute arises, the parties **must** confer in a good faith effort to resolve the dispute.

### DISCOVERY CALENDAR

If the parties are unable to resolve any discovery dispute without Court intervention, they shall **not** file written motions. The moving party shall contact the chambers of **Magistrate Judge Chris McAliley at (305) 523-5890** and place the matter on the next available discovery calendar. Judge McAliley holds a regular discovery calendar every **Wednesday, from 10:00 a.m. to 11:30 a.m.** in Courtroom VII, United States Courthouse, 300 N.E. First Avenue. The movant shall contact chambers no later than noon on the Friday preceding the discovery calendar, and shall do so ONLY after conferring with opposing counsel and confirming his or her availability for the discovery calendar.

### NOTICE OF HEARING

On the same day that the matter is placed on the discovery calendar, the movant shall file with the Court and serve on opposing counsel a Notice of Hearing. The Notice of Hearing shall briefly specify the substance of the discovery matter to be heard and the amount of time counsel believes will be needed to resolve the discovery disputes. The movant shall include in its Notice of

Hearing a certificate of good faith that complies with S.D. Fla. L. R. 7.1 (A)(3).

No later than noon on the Monday preceding the discovery calendar, the parties may prepare a Notice of Filing and file with the Court and serve on opposing counsel a copy of any source materials relevant to the discovery dispute. (For example, if the dispute concerns interrogatories, the interrogatories at issue and the responses thereto shall be filed, with some indication of which interrogatories remain in dispute. As another example, correspondence exchanged by counsel as part of the meet-and-confer process, that narrows the discovery disputes and identifies those remaining, may be attached as source materials.) **Counsel shall also deliver a courtesy copy of source materials to Judge McAliley's chambers by the same deadline.**

### NO WRITTEN DISCOVERY MOTIONS

To minimize the need for discovery motions, **no written discovery motions**, including motions to compel, for protective order, or related motions for sanctions **shall be filed unless the Court so directs at the discovery calendar**.

### MEET AND CONFER

Counsel must actually confer and engage in reasonable compromise in a genuine effort to resolve their discovery disputes before noticing the dispute for the discovery calendar. The Court may impose sanctions, monetary or otherwise, if it determines discovery is being improperly sought or is being withheld in bad faith.

DONE and ORDERED in chambers in Miami, Florida, this 22nd day of September, 2008.

_____
Adalberto Jordan
United States District Judge

Copy to:   All counsel of record
           Magistrate Judge McAliley